No. 98–1849. McClain v. Scharrer et al. C. A. 6th Cir. Certiorari denied.

No. 98–1850. J. F. v. Pennsylvania. Super. Ct. Pa. Certiorari denied.

No. 98–1853. Webb v. California Department of Rehabilitation et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–1854. Anaeme v. Diagnostek, Inc., et al. C. A. 10th Cir. Certiorari denied.

No. 98–1857. Esperance, Ltd. v. Den Norske Bank. C. A. 11th Cir. Certiorari denied.

No. 98–1859. Babcock v. City of Manchester. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 98–1860. Bianchi, fdba M. Bianchi of California v. Walker, Comptroller General of the United States, et al. C. A. 9th Cir. Certiorari denied.

No. 98–1862. Gordon v. Community First Bank of Nebraska, fka The Abbott Bank, et al. Sup. Ct. Neb. Certiorari denied.

No. 98–1863. Riggan v. R. W. Moore Equipment Co. C. A. 4th Cir. Certiorari denied.

No. 98–1864. Pueschel v. Slater, Secretary of Transportation. C. A. 4th Cir. Certiorari denied.

No. 98–1866. Karam et al. v. New Jersey Department of Environmental Protection et al. Sup. Ct. N. J. Certiorari denied.

No. 98–1867. Davis v. Lauria. App. Ct. Mass. Certiorari denied.

No. 98–1869. Gagliano v. Storage Technology Corp. C. A. 10th Cir. Certiorari denied.